

~~SEALED~~   s/ dominicf

ORDERED UNSEALED on 06/08/2022   s/ dominicf

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADEOYE NELSON OLUGBEJE (1),<br>    aka "Kiky,"<br>    aka "Badboyykiky,"<br>    aka "Gidibank,"<br>    aka "Kushbank,"<br>UGONNA ALOYSHIUS ANYANWU (2),<br>    aka "Aboy,"<br>    aka "Ugochukwu,"<br>    aka "Ugo Da Boss,"<br>    aka "xtractor.aboy,"<br><br>        Defendants. | Case No. __18 CR 4220 L__<br><br><u>I N D I C T M E N T</u><br><br>Title 18, U.S.C., Sec. 1349 –<br>Conspiracy to Commit Wire Fraud;<br>Title 18, U.S.C., Sec. 1028A(a)(1) –<br>Aggravated Identity Theft;<br>Title 18, U.S.C., Sec. 2 – Aiding<br>and Abetting; Title 18, U.S.C.,<br>Secs. 1956(a)(1)(B)(i),<br>1956(a)(2)(A), 1957, and 1956(h) –<br>Conspiracy To Launder Money;<br>Title 18, U.S.C., Sec. 982(a)(1)<br>and (b)(1) – Criminal Forfeiture |

The grand jury charges:

At various times relevant to this indictment:

INTRODUCTION

1. The term "business email compromise" ("BEC") was a form of cyber-enabled financial fraud. A malicious actor compromised legitimate business email accounts through computer intrusion techniques and used those email accounts to cause the unauthorized transfer of funds and theft of personal identification information. Techniques for

TFS:nlv(1):San Diego:9/27/18

perpetuating these BEC schemes include spear phishing, the use of malicious computer programs and codes, and spoofing of domains, emails, and bank accounts.

2. The term "spear phishing" described email messages designed to resemble emails from legitimate email accounts to trick the user into providing a user name and password, or encourage the user to open attached files or click on hyperlinks in the message so that "malware," malicious codes or programs, could be installed on the recipient's computer.

3. The term "spoofing of domains and emails" involved the process of establishing domain names, and email accounts, that closely mimic the actual name of the target organization, such as misspelling the name of the organization by one letter, using a capital letter rather than a lower-case letter, or changing the domain, like ".com" rather than ".edu."

4. The term "personal identification information" ("PII") referred to names, numbers, and information that could be used, alone or in conjunction with other information, to identify a specific individual.

5. The term "protected computer" referred to a computer used in or affecting interstate or foreign commerce and communication.

6. Organization A was a non-profit research foundation associated with a university within the Southern District of California.

7. Organization B was a non-profit corporation based in Washington, D.C.

//
//
//

## Count 1

### Conspiracy To Commit Wire Fraud

8. Paragraphs 1 to 7 are re-alleged and incorporated.

9. From on or about September 2014 until on or about May 24 2018, within the Southern District of California, and elsewhere, defendants ADEOYE NELSON OLUGBEJE, aka "Kiky," aka "Badboyykiky," aka "Gidibank," aka "Kushbank," and UGONNA ALOYSHIUS ANYANWU, aka "Aboy," aka "Ugochukwu," aka "Ugo Da Boss," aka "xtractor.aboy," knowingly and intentionally conspired and agreed with each other, and other persons known and unknown to the grand jury, to commit wire fraud in violation of Title 18, United States Code, Section 1343, that is, to devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promise, and, for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, and said scheme and artifice affected a financial institution.

### MANNER AND MEANS

10. Members of the conspiracy used the following manner and means, among others, to accomplish the objects of the conspiracy:

    a. Conspirators used a variety of computer intrusion techniques including spear phishing and malware to gain access to computers and email accounts of victim organizations and individuals. Through the unauthorized access to computers and email accounts, the conspirators surreptitiously reviewed emails from the organizations and learned about pending financial transactions, and obtained PII.

1       b.   Conspirators established spoofed domains and email accounts that closely mimicked legitimate domain names and email accounts.

4       c.   Conspirators used the spoofed domains and email accounts to communicate with victim organizations and individuals, and request that money be wire transferred, and PII be emailed, to accounts under the control of the conspirators.

All in violation of Title 18, United States Code, Section 1349.

## Count 2

### (Aggravated Identity Theft)

11. Paragraphs 1 to 7 are re-alleged and incorporated.

12. On or about February 8, 2017, within the Southern District of California, and elsewhere, defendants ADEOYE NELSON OLUGBEJE, aka "Kiky," aka "Badboyykiky," aka "Gidibank," aka "Kushbank," and UGONNA ALOYSHIUS ANYANWU, aka "Aboy," aka "Ugochukwu," aka "Ugo Da Boss," aka "xtractor.aboy," during and in relation to the felony offense of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, knowingly used, without lawful authority, a means of identification of another person, that is, the complete name of a real person with the initials "G. W." along with their title at Organization B, the name of Organization B, telephone number, fax number, and organizational web address; all in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

//
//
//
//
//

## Count 3

### (Aggravated Identity Theft)

13. Paragraphs 1 to 7 are re-alleged and incorporated.

14. On or about February 8, 2017, within the Southern District of California, and elsewhere, defendants defendants ADEOYE NELSON OLUGBEJE, aka "Kiky," aka "Badboyykiky," aka "Gidibank," aka "Kushbank," and UGONNA ALOYSHIUS ANYANWU, aka "Aboy," aka "Ugochukwu," aka "Ugo Da Boss," aka "xtractor.aboy," during and in relation to the felony offense of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, knowingly used, without lawful authority, a means of identification of another person, that is, the complete name of a real person with the initials "J. S." along with their title at Organization A, the name of Organization A, telephone number, fax number, and mail code; all in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Count 4

### (Aggravated Identity Theft)

15. Paragraphs 1 to 7 are re-alleged and incorporated.

16. On or about February 13, 2017, within the Southern District of California, and elsewhere, defendants defendants ADEOYE NELSON OLUGBEJE, aka "Kiky," aka "Badboyykiky," aka "Gidibank," aka "Kushbank," and UGONNA ALOYSHIUS ANYANWU, aka "Aboy," aka "Ugochukwu," aka "Ugo Da Boss," aka "xtractor.aboy," during and in relation to the felony offense of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, knowingly used, without lawful authority, a means of identification of another person, that is, the complete name of a real person with the initials "G. W." along with their title at Organization B, the name of Organization B, telephone number, fax number,

and organizational web address; all in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Count 5

### (Conspiracy To Launder Money)

17. From on or about September 2014 until on or about May 24, 2018, within the Southern District of California, and elsewhere, defendants defendants ADEOYE NELSON OLUGBEJE, aka "Kiky," aka "Badboyykiky," aka "Gidibank," aka "Kushbank," and UGONNA ALOYSHIUS ANYANWU, aka "Aboy," aka "Ugochukwu," aka "Ugo Da Boss," aka "xtractor.aboy," did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit money laundering offenses against the United States, in violation of Title 18, United States Code, Section 1956 and Section 1957, that is:

(1) to knowingly conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to commit wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

(2) to transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, or to a place in the United States from or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, that is, conspiracy to commit wire

6

fraud, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

(3) to knowingly engage in monetary transactions by, through and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

## Criminal Forfeiture

18. The allegations contained in Counts 1, 2 and 6 are realleged herein and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 18, United States Code, Section 982.

19. Upon conviction of one or more of the offenses alleged in this indictment, defendants defendants ADEOYE NELSON OLUGBEJE, aka "Kiky," aka "Badboyykiky," aka "Gidibank," aka "Kushbank," and UGONNA ALOYSHIUS ANYANWU, aka "Aboy," aka "Ugochukwu," aka "Ugo Da Boss," aka "xtractor.aboy," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(1), and 982(a)(2), any property, real and personal, involved in such offenses, and any property traceable to such property.

20. In the event that any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

//

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeit substitute property pursuant Title 18, United States Code, Section 982(b)(1). All in violation of Title 18, United States Code, Section 982(a)(1) and (b)(1).

DATED: September 27, 2018.

ADAM L. BRAVERMAN
United States Attorney

By: *[signature]*
TIMOTHY F. SALEL
Assistant U.S. Attorney

8